Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>V.<br><br>Rolling Stone, LLC et al<br>    DEFENDANTS | ) CIVIL ACTION NO.<br>) 1:23-cv-10428-DEH-SN<br>) Hon. Dale E. Ho, U.S.D.J.<br>) Hon. Sarah Netburn, U.S.M.J.<br>) |

NOTICE OF APPEAL

TO: CLERK, ALL CAPTIONED PARTIES

   Please take notice that Plaintiff Caleb L. McGillvary hereby appeals to the United States Court of Appeals for the Second Circuit from the United States District Court for the Southern District of New York's May 22, 2025 final judgment of dismissal in the above-captioned matter; ECF 63.

   Plaintiff was granted leave to proceed in forma pauperis in the district court below. See F.R.A.P. 24(a)(3).

Respectfully submitted on this 10TH Day of JUNE, 2025

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>v.<br><br>Rolling Stone, LLC et al<br>    DEFENDANTS | CIVIL ACTION NO.<br>1:23-cv-10428-DEH-SN<br>Hon. Dale E. Ho, U.S.D.J.<br>Hon. Sarah Netburn, U.S.M.J. |

NOTICE OF APPEAL

TO: CLERK, ALL CAPTIONED PARTIES

    Please take notice that Plaintiff Caleb L. McGillvary hereby appeals to the United States Court of Appeals for the Second Circuit from the United States District Court for the Southern District of New York's May 22, 2025 final judgment of dismissal in the above-captioned matter; ECF 63.

    Plaintiff was granted leave to proceed in forma pauperis in the district court below. See F.R.A.P. 24(a)(3).

~~Respectfully~~ submitted on this 10TH Day of JUNE, 2025

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Caleb L. McGillvary<br>PLAINTIFF<br><br>V.<br><br>Rolling Stone, LLC et al<br>DEFENDANTS | ) CIVIL ACTION NO.<br>) 1:23-cv-10428-DEH-SN<br>) Hon. Dale E. Ho, U.S.D.J.<br>) Hon. Sarah Netburn, U.S.M.J.<br>)<br>)<br>) |

NOTICE OF APPEAL

TO: CLERK, ALL CAPTIONED PARTIES

   Please take notice that Plaintiff Caleb L. McGillvary hereby appeals to the United States Court of Appeals for the Second Circuit from the United States District Court for the Southern District of New York's May 22, 2025 final judgment of dismissal in the above-captioned matter; ECF 63.

   Plaintiff was granted leave to proceed in forma pauperis in the district court below. See F.R.A.P. 24(a)(3).

Respectfully submitted on this 10TH Day of JUNE, 2025

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ
08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Caleb L. McGillvary<br>    PLAINTIFF<br><br>            v.<br><br>Rolling Stone, LLC et al<br>    DEFENDANTS | ) CIVIL ACTION NO.<br>) 1:23-cv-10428-DEH-SN<br>) Hon. Dale E. Ho, U.S.D.J.<br>) Hon. Sarah Netburn, U.S.M.J.<br>)<br>)<br>)<br>) |

NOTICE OF APPEAL

TO: CLERK, ALL CAPTIONED PARTIES

    Please take notice that Plaintiff Caleb L. McGillvary hereby appeals to the United States Court of Appeals for the Second Circuit from the United States District Court for the Southern District of New York's May 22, 2025 final judgment of dismissal in the above-captioned matter; ECF 63.

    Plaintiff was granted leave to proceed in forma pauperis in the district court below. See F.R.A.P. 24(a)(3).

Respectfully submitted on this 10TH Day of JUNE, 2025

                                        Caleb L. McGillvary, Pro Se
                                        #1222665/SBI#102317G NJSP
                                        PO Box 861 Trenton, NJ
                                              08625-0861

Caleb L. McGillvary, Pro Se
#1222665/SBI#102317G NJSP
PO Box 861 Trenton, NJ 08625

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Caleb L. McGillvary<br>PLAINTIFF<br><br>v.<br><br>Rolling Stone, LLC et al<br>DEFENDANTS | CIVIL ACTION NO.<br>1:23-cv-10428-DEH-SN<br>Hon. Dale E. Ho, U.S.D.J.<br>Hon. Sarah Netburn, U.S.M.J. |

**PROOF OF SERVICE**

I, the Undersigned, hereby certify and declare pursuant to 28 USCS §1746 as follows:

1.) I am the pro se plaintiff in the above-captioned matter

2.) I declare that on this date, I have placed in the hands of correctional officers at the New Jersey State Prison at 600 Cass St, Trenton, NJ, 08625-0861, where I am currently incarcerated; the original and required copies of my notice of appeal of the Judgment of Dismissal; ECF 63; and of my certification under F.R.A.P. 10(b)(1)(B); and my motion to proceed on the original record pursuant to F.R.A.P. 24(c) with first class postage prepaid to be sent via US Postal Service regular mail to the Clerk of the District Court 500 Pearl St. New York, NY 10007; and also a copy of each said

1

document with first class postage prepaid to be sent via US Postal Service regular mail to the

3.) Counsel for Defendants Rolling Stone, LLC, Marlow Stern, and Wenner Media, LLC: Lynn Oberlander at 1675 Broadway, 19th Floor, New York, NY 10019.

4.) I hereby invoke the prison mailbox rule.

5.) I declare under penalty of perjury that the foregoing statements made by me are true and accurate. Executed this 10TH Day of JUNE, 2025

                Caleb L. McGillvary
                #1222665/SBI#102317G
                New Jersey State Prison
                Po Box 861
                Trenton, New Jersey
                08625-0861



CLOSED,APPEAL,CASREF,ECF,PRO–SE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:23–cv–10428–DEH–SN

McGillvary v. Rolling Stone, LLC et al  
Assigned to: Judge Dale E. Ho  
Referred to: Magistrate Judge Sarah Netburn  
Cause: 28:1331as Fed. Question: Assault, Libel, Slander

Date Filed: 11/27/2023  
Date Terminated: 05/22/2025  
Jury Demand: Plaintiff  
Nature of Suit: 555 Prisoner: Prison Condition  
Jurisdiction: Federal Question

**Plaintiff**

Caleb L. McGillvary     represented by     **Caleb L. McGillvary**  
#1222665  
SBI#102317G  
New Jersey State Prison  
P.O. Box 861  
Trenton, NJ 08625  
*PRO SE*

V.

**Defendant**

Rolling Stone, LLC     represented by     **Lynn B. Oberlander**  
Ballard Spahr LLP  
1675 Broadway, 19th Floor  
New York, NY 10019  
646–346–8011  
Fax: 212–223–1942  
Email: oberlanderl@ballardspahr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Lee Cate**  
Ballard Spahr LLP  
1909 K Street, NW  
Ste 12th Floor  
Washington, DC 20006–1157  
202–661–7698  
Fax: 202–661–2299  
Email: catem@ballardspahr.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

Marlow Stern     represented by     **Lynn B. Oberlander**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Lee Cate**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

Wenner Media, LLC     represented by     **Lynn B. Oberlander**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Matthew Stephen Lee Cate**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2023 | 1 | COMPLAINT against Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. Document filed by Caleb L. McGillvary. (sac) (Entered: 11/29/2023) |
| 11/27/2023 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Caleb L. McGillvary. (sac) (Entered: 11/29/2023) |
| 11/27/2023 | | Case Designated ECF. (sac) (Entered: 11/29/2023) |
| 12/03/2023 | | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Laura Taylor Swain. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 12/03/2023) |
| 12/04/2023 | 3 | ORDER DIRECTING PRISONER AUTHORIZATION: Plaintiff is directed to submit a completed and signed Prisoner Authorization Form to this Court's Pro Se Office within thirty (30) days of the date of this Order. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). Prisoner Authorization Form due by 1/3/2024. (Signed by Judge Laura Taylor Swain on 12/4/2023) (sha) (Entered: 12/04/2023) |
| 12/06/2023 | | MAILING RECEIPT: Document No: 3. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (sha) (Entered: 12/06/2023) |
| 12/06/2023 | 4 | LETTER from C. McGillvary, dated 11/30/23 re: All filings and documents must be served on me via MAIL at the above address. It appears as though the Clerk mistakenly entered onto the docket, "Case Designated ECF"; See ECF 3; but NJ State Prison does not allow me to access the Internet. Document filed by Caleb L. McGillvary.(sc) (Entered: 12/08/2023) |
| 12/22/2023 | 5 | PRISONER AUTHORIZATION. Document filed by Caleb L. McGillvary.(sc) (Entered: 12/22/2023) |
| 01/04/2024 | | NOTICE OF CASE REASSIGNMENT to Judge Dale E. Ho. Judge Laura Taylor Swain is no longer assigned to the case. (va) (Entered: 01/04/2024) |
| 01/04/2024 | | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (va) (Entered: 01/04/2024) |
| 01/04/2024 | 7 | ORDER GRANTING IFP APPLICATION IN PRISONER CASE: The Clerk of Court is directed to send a copy of this order and the prisoner authorization to the agency having custody of Plaintiff. That agency is directed to forward copies of Plaintiffs prison trust fund account for the past six months and to disburse the payments required under 28 U.S.C. § 1915 to the United States District Court for the Southern District of New York and to include the above docket number on the disbursement before sending it to the Court. If Plaintiffis transferred to another facility, the current facility shall provide a copy of this order to the facility to which Plaintiff is transferred.Finally, it is Plaintiffs obligation to promptly submit a written notification to the Court if Plaintiffs address changes, and the Court may dismiss the action if Plaintiff fails to do so. SO ORDERED. (Signed by Judge Laura Taylor Swain on 1/3/2024) (sha) (Entered: 01/04/2024) |
| 01/05/2024 | | MAILING RECEIPT: Document No: 7. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (mt) (Entered: 01/05/2024) |
| 01/10/2024 | 8 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial |

| | | |
|---|---|---|
| | | (includes scheduling, discovery, non–dispositive pretrial motions, and settlement). Referred to Magistrate Judge Sarah Netburn. (Signed by Judge Dale E. Ho on 1/10/2024) (tg) (Entered: 01/10/2024) |
| 01/12/2024 | | MAILING RECEIPT: Document No: 8. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (mt) (Entered: 01/12/2024) |
| 01/12/2024 | 9 | ORDER OF SERVICE: The Clerk of Court is directed to issue summonses for Rolling Stone, LLC; Marlow Stern; and Wenner Media, LLC, complete the USM–285 forms with the addresses for these defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service. The Clerk of Court is further directed to mail an information package to Plaintiff. SO ORDERED. (Signed by Judge Dale E. Ho on 1/10/2024) (ks) Transmission to Pro Se Assistants for processing. (Entered: 01/12/2024) |
| 01/18/2024 | 10 | SUMMONS ISSUED as to Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (nb) (Entered: 01/18/2024) |
| 01/18/2024 | | FRCP 4 SERVICE PACKAGE DELIVERED TO U.S.M.: on 1/18/2024 Re: Judge Dale E. Ho 9 Order of Service,. The following document(s) were enclosed in the Service Package: Complaint, Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (nb) (Entered: 01/18/2024) |
| 01/18/2024 | 11 | INFORMATION PACKAGE MAILED to Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625, at, on 1/18/2024 Re: 9 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge. (nb) (Entered: 01/18/2024) |
| 01/19/2024 | | MAILING RECEIPT: Document No: 9. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (mt) (Entered: 01/19/2024) |
| 01/23/2024 | 12 | LETTER from Caleb McGilvary dated 1/15/24 re: Please send me the local civil rules, local civil forms, and a local pro se package at your earliest convenience. Document filed by Caleb L. McGillvary.(sc) (Entered: 01/24/2024) |
| 01/23/2024 | | Request for Copies Received: Re 12 Letter. Request for Local Civil Rules, Local Civil forms, and a Pro Se package from C. McGillvary received on 1/23/24. Transmission to Pro Se Assistants for processing. (sc) (Entered: 01/24/2024) |
| 02/16/2024 | 13 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Summons and Complaint served. Wenner Media, LLC served on 2/2/2024, answer due 4/2/2024. Service was made by Mail, signed and returned by Lynn Oberlander, Attorney. Document filed by Caleb L. McGillvary. (sc) (Entered: 02/21/2024) |
| 02/16/2024 | 14 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED.Summons and Complaint served. Rolling Stone, LLC served on 2/2/2024, answer due 4/2/2024. Service was made by Mail, signed and returned by Lynn Oberlander, Attorney. Document filed by Caleb L. McGillvary. (sc) (Entered: 02/21/2024) |
| 04/02/2024 | 15 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Penske Media Corporation, Corporate Parent PME TopCo, LLC, Corporate Parent PME Holdings, LLC, Corporate Parent Rolling Stone Media, LLC, Corporate Parent PME Music, LLC, Corporate Parent EMH–PME Holdings, LLC for Rolling Stone, LLC; Corporate Parent Penske Media Corporation for Wenner Media, LLC. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 04/02/2024) |

| | | |
|---|---|---|
| 04/02/2024 | 16 | MOTION to Dismiss *Plaintiff's Complaint*. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (Attachments: # 1 Proposed Order Proposed Order).(Oberlander, Lynn) (Entered: 04/02/2024) |
| 04/02/2024 | 17 | MEMORANDUM OF LAW in Support re: 16 MOTION to Dismiss *Plaintiff's Complaint*. . Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 04/02/2024) |
| 04/02/2024 | 18 | DECLARATION of Lynn B. Oberlander in Support re: 16 MOTION to Dismiss *Plaintiff's Complaint*.. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (Attachments: # 1 Exhibit 1 – Article).(Oberlander, Lynn) (Entered: 04/02/2024) |
| 04/02/2024 | 19 | CERTIFICATE OF SERVICE of Defendants' Motion to Dismiss, Memo in Support, Oberlander Decl. with Ex. 1 in Support, LR 12.1 Notice, Unreported Cases, Rule 7.1 Statement served on Caleb L. McGillvary on 4/2/2024. Service was made by Mail. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 04/02/2024) |
| 04/04/2024 | 20 | **FILING ERROR – PDF ERROR –** MOTION for Matthew Stephen Lee Cate to Appear Pro Hac Vice *for Defendants*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (Attachments: # 1 Proposed Order Granting Motion to Appear Pro Hac Vice).(Cate, Matthew) Modified on 4/4/2024 (bc). (Entered: 04/04/2024) |
| 04/04/2024 | 21 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** AFFIDAVIT of Matthew S.L. Cate in Support re: 20 MOTION for Matthew Stephen Lee Cate to Appear Pro Hac Vice *for Defendants*. **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (Attachments: # 1 Exhibit 1 – Certificate of Good Standing (CA), # 2 Exhibit 2 – Certificate of Good Standing (DC)).(Cate, Matthew) Modified on 4/4/2024 (bc). (Entered: 04/04/2024) |
| 04/04/2024 | 22 | CERTIFICATE OF SERVICE of Motion for Admission Pro Hac Vice, Affidavit in Support, Exhibits 1–2, and Proposed Order served on Plaintiff Caleb L. McGillvary on 04/04/2024. Service was made by Mail. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Cate, Matthew) (Entered: 04/04/2024) |
| 04/04/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 20 MOTION for Matthew Stephen Lee Cate to Appear Pro Hac Vice *for Defendants*. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California and Supreme Court of DC; Affidavit is missing. You must attach everything together in one filing(Motion, Affidavit, Certificates, and Proposed Order);. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 04/04/2024) |
| 04/04/2024 | 23 | **FILING ERROR – PDF ERROR –** MOTION for Matthew Stephen Lee Cate to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (Attachments: # 1 Affidavit of Matthew S.L. Cate, # 2 Exhibit 1 – Certificate of Good Standing (CA), # 3 Exhibit 2 – Certificate of Good Standing (DC), # 4 Proposed Order Granting Motion, # 5 Affidavit of Service on Pro Se Party).(Cate, Matthew) Modified on 4/4/2024 (bc). (Entered: 04/04/2024) |
| 04/04/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 23 MOTION for Matthew Stephen Lee Cate to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 04/04/2024) |

| | | |
|---|---|---|
| 04/04/2024 | 24 | NOTICE of NOTICE OF MOTION FOR EXTENSION OF TIME FOR SERVICE UNDER RULE 4(m). Document filed by Caleb L. McGillvary. (rro) (Entered: 04/05/2024) |
| 04/04/2024 | 25 | MOTION FOR EXTENSION OF TIME FOR SERVICE UNDER RULE 4(m). Document filed by Caleb L. McGillvary.(rro) Modified on 4/5/2024 (rro). (Entered: 04/05/2024) |
| 04/04/2024 | 27 | PROPOSED ORDER. Document filed by Caleb L. McGillvary. Related Document Number: 25 ..(rro) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/05/2024) |
| 04/05/2024 | 26 | DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR SERVICE UNDER RULE 4(m) re: 25 MOTION to Serve. Document filed by Caleb L. McGillvary. (rro) (Entered: 04/05/2024) |
| 04/05/2024 | 28 | ORDER denying as moot 25 Motion to Extend Time for Service. The Defendants were served on February 2, 2024, and they filed a motion to dismiss the complaint on April 2, 2024. Plaintiff's opposition brief, if any, is due April 16, 2024, unless an extension of time is granted by the district judge. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/05/2024) |
| 04/05/2024 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 27 Proposed Order was reviewed and approved as to form. (km)** (Entered: 04/05/2024) |
| 04/05/2024 | 29 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Matthew S.L. Cate to Appear Pro Hac Vice *for Defendants*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (Attachments: # 1 Affidavit of Matthew S.L. Cate, # 2 Exhibit 1 – Certificate of Good Standing (CA), # 3 Exhibit 2 – Certificate of Good Standing (DC), # 4 Proposed Order Granting Motion, # 5 Affidavit of Service on Pro Se Party).(Cate, Matthew) Modified on 4/5/2024 (sgz). (Entered: 04/05/2024) |
| 04/05/2024 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 29 MOTION for Matthew S.L. Cate to Appear Pro Hac Vice *for Defendants*. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sgz)** (Entered: 04/05/2024) |
| 04/05/2024 | 30 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE UNEXECUTED as to Marlow Stern. Attempted Service of Summons and Complaint. Service was attempted on 3/29/2024. Document filed by Caleb L. McGillvary. (nb) (Entered: 04/09/2024) |
| 04/08/2024 | | MAILING RECEIPT: Document No: 28. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (sha) (Entered: 04/08/2024) |
| 04/09/2024 | 31 | MOTION for Matthew Stephen Lee Cate to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (Attachments: # 1 Affidavit of Matthew S.L. Cate, # 2 Exhibit 1 – Certificate of Good Standing (CA), # 3 Exhibit 2 – Certificate of Good Standing (DC), # 4 Proposed Order Granting Motion, # 5 Affidavit of Service on Pro Se Party).(Cate, Matthew) (Entered: 04/09/2024) |
| 04/09/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 31 MOTION for Matthew Stephen Lee Cate to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/09/2024) |
| 04/13/2024 | 32 | ORDER granting 31 Motion for Matthew Stephen Lee Cate to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) |

| | | |
|---|---|---|
| | | (Netburn, Sarah) (Entered: 04/13/2024) |
| 04/15/2024 | | MAILING RECEIPT: Document No: 32. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (nb) (Entered: 04/15/2024) |
| 04/19/2024 | 33 | COMPLAINT amending 1 Complaint against Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC with JURY DEMAND.Document filed by Caleb L. McGillvary. Related document: 1 Complaint.(yv) (Entered: 04/23/2024) |
| 04/19/2024 | 34 | NOTICE OF MOTION TO STAY DEMURRER PURSUANT TO ROLE 83(b) PENDING AMENDMENT OF COMPLAINT, OR IN THE ALTERNATIVE FOR EXTENSIONOF TIME FOR RESPONSE UNDER RULE 6(b). Document filed by Caleb L. McGillvary.(yv) (Entered: 04/23/2024) |
| 04/22/2024 | 36 | BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b) re: 16 MOTION to Dismiss *Plaintiff's Complaint*. Document filed by Caleb L. McGillvary..(rro) (Entered: 04/25/2024) |
| 04/23/2024 | 35 | BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER RULE 12 (b) re: 16 MOTION to Dismiss *Plaintiff's Complaint*. Document filed by Caleb L. McGillvary. (rro) (Entered: 04/23/2024) |
| 04/26/2024 | 37 | ORDER denying 34 Letter Motion to Stay and denying as moot 34 Letter Motion for Extension of Time. On April 11, 2024, Plaintiff timely mailed an amended complaint, which was docketed on April 23, 2024. Thereafter, Plaintiff filed a brief in opposition to the Defendants' motion to dismiss. ECF Nos. 35, 36. In light of Plaintiff's amended complaint, the motion to dismiss is likely moot. Accordingly, the parties are ordered to either (1) meet and confer or (2) submit individual proposals on how to proceed. If warranted, the Court can deny Defendants' motion to dismiss the complaint as moot, and set a schedule for Defendants to file an answer or a new motion to dismiss, in which case an opposition brief would be due four weeks later, and any reply brief filed two weeks thereafter. The parties shall file their joint or separate letters by May 10, 2024. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/26/2024) |
| 04/30/2024 | | MAILING RECEIPT: Document No: 37. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (nb) (Entered: 04/30/2024) |
| 05/08/2024 | 41 | LETTER addressed to Magistrate Judge Sarah Netburn from Caleb L. McGillvary dated 5/1/2024 re: letter response to Judge Netburn's 4/26/2024 order. Document filed by Caleb L. McGillvary..(rro) (Entered: 05/13/2024) |
| 05/10/2024 | 38 | LETTER addressed to Magistrate Judge Sarah Netburn from Defendants dated May 10, 2024 re: April 26, 2024 Order regarding Motion to Dismiss and Amended Complaint. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 05/10/2024) |
| 05/10/2024 | 39 | CERTIFICATE OF SERVICE of LETTER addressed to Magistrate Judge Sarah Netburn from Defendants dated May 10, 2024 re: April 26, 2024 Order regarding Motion to Dismiss and Amended Complaint served on Caleb L. McGillvary on May 10, 2024. Service was made by Mail. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 05/10/2024) |
| 05/13/2024 | 40 | ORDER denying as moot 16 Motion to Dismiss. In light of Defendants' letter, the motion to dismiss is denied as moot. Defendants shall answer or otherwise respond to the Plaintiff's amended complaint by May 28, 2024. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 05/13/2024) |
| 05/14/2024 | | MAILING RECEIPT: Document No: 40. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (nb) (Entered: 05/14/2024) |
| 05/28/2024 | 42 | MOTION to Dismiss *First Amended Complaint*. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 05/28/2024) |

| | | |
|---|---|---|
| 05/28/2024 | 43 | PROPOSED ORDER. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. Related Document Number: 42 ..(Oberlander, Lynn) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/28/2024) |
| 05/28/2024 | 44 | MEMORANDUM OF LAW in Support re: 42 MOTION to Dismiss *First Amended Complaint*. . Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 05/28/2024) |
| 05/28/2024 | 45 | DECLARATION of Lynn B. Oberlander in Support re: 42 MOTION to Dismiss *First Amended Complaint*.. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (Attachments: # 1 Exhibit 1 – Article).(Oberlander, Lynn) (Entered: 05/28/2024) |
| 05/28/2024 | 46 | CERTIFICATE OF SERVICE of Notice of Motion to Dismiss First Amended Complaint, Supporting Memorandum of Law (with copies of unpublished decisions cited therien), Oberlander Decl. with Ex. 1, Proposed Order, Notice to Pro Se Litigant Who Opposes a Rule 12 Motion served on Caleb L. McGillvary on May 28. 2024. Service was made by MAIL. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 05/28/2024) |
| 05/28/2024 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 43 Proposed Order was reviewed and approved as to form. (km)** (Entered: 05/28/2024) |
| 05/30/2024 | 47 | ORDER: The Defendants filed a motion to dismiss Plaintiff's complaint. By June 28, 2024, Plaintiff shall file an opposition to the Defendants' motion to dismiss. If Plaintiff files an opposition, the Defendants may file a reply, if any, by July 8, 2024. The Court also recommends that Plaintiff review the attached document titled Motions for further guidance. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/30/2024) (Attachments: # 1 Motions Guide) (dsh) (Entered: 05/30/2024) |
| 05/30/2024 | 48 | LETTER addressed to Judge Dale E. Ho from Caleb L. McGillvary dated 5/20/2024 re: letter written objection and request for de novo review pursuant to F.R.C.P. 72(b) and 28 U.S.C. 636 of Judge Netburn's 5/13/2024 order in this matter. Document filed by Caleb L. McGillvary.(tro) (Entered: 05/31/2024) |
| 06/03/2024 | | MAILING RECEIPT: Document No: 47. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (rdz) (Entered: 06/03/2024) |
| 06/13/2024 | 49 | MEMO ENDORSEMENT on 48 Letter Application. ENDORSEMENT: Plaintiff's application is DENIED. As Judge Netburn explained, Defendant's first Motion to Dismiss is moot. The operative pleading in this suit is Plaintiff's Amended Complaint (ECF No. 33), not the Complaint Plaintiff originally filed (ECF No. 1). The Court will not consider Defendants' original Motion to Dismiss, which was filed in response to Plaintiff's original Complaint, because that Complaint is no longer the operative pleading in this litigation. The new briefing schedule for Defendants' Motion to Dismiss the Amended Complaint (ECF No. 42) will be set forth by Judge Netburn, to whom this case was referred for general pretrial management. Plaintiff is on notice that he may, if he wishes, reincorporate any or all of the same arguments he used in his Opposition to Defendants' original Motion to Dismiss. See ECF Nos. 35, 36. SO ORDERED.. (Signed by Judge Dale E. Ho on 6/13/2024) (ks) Modified on 6/14/2024 (ks). Modified on 6/14/2024 (ks). (Entered: 06/13/2024) |
| 06/14/2024 | | MAILING RECEIPT: Document No: 49. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (nb) (Entered: 06/14/2024) |
| 06/17/2024 | 50 | LETTER addressed to Clerk from Caleb L. McGillvary dated 6/5/2024 re: Request to docket. Document filed by Caleb L. McGillvary..(kgo) (Entered: 06/20/2024) |
| 06/17/2024 | 51 | CERTIFICATE OF SERVICE of MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT served on Lynn B. Oberlander. Service was made by Mail. Document filed by Caleb L. McGillvary..(rro) (Entered: 06/20/2024) |
| 06/17/2024 | 52 | DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED PLEADING UNDER 28 U.S.C. 1653, FED. R. CIV. P. 15(a). Document filed by Caleb L. McGillvary. (Attachments: # 1 Exhibit Second |

| | | |
|---|---|---|
| | | Amended Complaint, # 2 Exhibit Second Amended Complaint)(rro) (Entered: 06/20/2024) |
| 06/17/2024 | 53 | PROPOSED ORDER. Document filed by Caleb L. McGillvary..(rro) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/20/2024) |
| 06/17/2024 | 54 | MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTIONFOR LEAVE TO FILE A SECOND AMENDED PLEADING UNDER28 U.S.C. 1653, FED. R. CIV. P. 15(a). Document filed by Caleb L. McGillvary..(rro) (Entered: 06/20/2024) |
| 06/20/2024 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 53 Proposed Order was reviewed and approved as to form. (nd)** (Entered: 06/20/2024) |
| 06/25/2024 | 55 | ORDER: The Plaintiff may not file additional amended complaints without first seeking the Defendants' written consent or the Court's permission. Fed. R. Civ. P. 15(a)(2). The Defendants are directed to file a letter with the Court indicating whether they consent to the Plaintiff filing a second amended complaint by July 2, 2024. If the Defendants consent, they should also state whether the proposed amended complaint changes their motion to dismiss. The Plaintiff's opposition and the Defendants' reply deadlines are stayed pending further order of the Court. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/25/2024) (mml) (Entered: 06/26/2024) |
| 06/27/2024 | | MAILING RECEIPT: Document No: 55. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (nb) (Entered: 06/27/2024) |
| 06/28/2024 | 56 | LETTER addressed to Magistrate Judge Sarah Netburn from Defendants dated June 28, 2024 re: June 26, 2024 Order re Proposed Second Amended Complaint. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 06/28/2024) |
| 06/28/2024 | 57 | CERTIFICATE OF SERVICE of Letter addressed to Magistrate Judge Sarah Netburn from Defendants dated June 28, 2024 served on Plaintiff Caleb L. McGillvary on June 28, 2024. Service was made by Mail. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 06/28/2024) |
| 07/02/2024 | 58 | BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b) re: 42 MOTION to Dismiss *First Amended Complaint*. Document filed by Caleb L. McGillvary. (tg) (Entered: 07/08/2024) |
| 07/16/2024 | 59 | ORDER: IT IS HEREBY ORDERED AS FOLLOWS: The stay on further briefing of Defendants' motion to dismiss the FAC at ECF No. 42 is LIFTED. Accordingly, Defendants are ORDERED to file a reply brief by July 26, 2024. The parties are advised that if the Court grants Defendants' motion to dismiss, the Court will consider any additional allegations set forth in Plaintiff's proposed SAC in deciding whether to grant further leave to amend. SO ORDERED. (Signed by Judge Dale E. Ho on 7/16/2024) ( Replies due by 7/26/2024.) (ks) (Entered: 07/16/2024) |
| 07/17/2024 | | MAILING RECEIPT: Document No: 59. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (sac) (Entered: 07/17/2024) |
| 07/26/2024 | 60 | REPLY MEMORANDUM OF LAW in Support re: 42 MOTION to Dismiss *First Amended Complaint*. . Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 07/26/2024) |
| 07/26/2024 | 61 | CERTIFICATE OF SERVICE of Reply in Support of Motion to Dismiss and Unpublished Cases served on Caleb L. McGillvary on 07/26/2024. Service was made by Mail. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Oberlander, Lynn) (Entered: 07/26/2024) |
| 05/21/2025 | 62 | MEMORANDUM OPINION AND ORDER re: 42 MOTION to Dismiss *First Amended Complaint*. filed by Wenner Media, LLC, Marlow Stern, Rolling Stone, LLC. As explained above, none of the statements could plausibly support a claim of defamation. Accordingly, it is hereby ORDERED that Defendants' Motion to Dismiss is GRANTED and Plaintiff's motion for leave to amend is DENIED. As such, Plaintiff's claims are dismissed with prejudice. The Clerk of Court is respectfully |

| | | |
|---|---|---|
| | | directed to terminate the motion at ECF No. 42, along with the case. SO ORDERED. (Signed by Judge Dale E. Ho on 5/21/2025) (ks) (Entered: 05/21/2025) |
| 05/21/2025 | | Transmission to Orders and Judgments Clerk. Transmitted re: 62 Memorandum & Opinion,,, to the Orders and Judgments Clerk..(ks) (Entered: 05/21/2025) |
| 05/22/2025 | | MAILING RECEIPT: Document No: 62. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (nb) (Entered: 05/22/2025) |
| 05/22/2025 | 63 | CLERK'S JUDGMENT re: 62 Memorandum & Opinion & Order. in favor of Rolling Stone, LLC, Wenner Media, LLC, Marlow Stern against Caleb L. McGillvary.It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Opinion and Order dated May 21, 2025, Defendants' motion to dismiss is granted and Plaintiff's motion for leave to amend is DENIED. As such, Plaintiff's claims are dismissed with prejudice; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 5/22/2025) (Attachments: # 1 Notice of Right to Appeal) (nd) (Entered: 05/22/2025) |
| 05/23/2025 | | MAILING RECEIPT: Document No: 63. Mailed to: Caleb L. McGillvary #1222665 SBI#102317G New Jersey State Prison P.O. Box 861 Trenton, NJ 08625. (kma) (Entered: 05/23/2025) |
| 06/17/2025 | 66 | NOTICE OF APPEAL from 63 Clerk's Judgment. Document filed by Caleb L. McGillvary. Form D–P is due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Appendix Proof of Service, # 2 Appendix FRAP 10(b) Certificate, # 3 Appendix FRAP 24(c) Motion, # 4 Appendix Letter). (tp) Modified on 6/26/2025 (tp). (Entered: 06/26/2025) |
| 06/25/2025 | 64 | MOTION for Matthew Stephen Lee Cate to Withdraw as Attorney . Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC. (Attachments: # 1 Proposed Order Granting Motion to Withdraw).(Cate, Matthew) (Entered: 06/25/2025) |
| 06/25/2025 | 65 | CERTIFICATE OF SERVICE of Motion to Withdrwal as Counsel served on Plaintiff Caleb McGillvary on 06/25/25. Service was made by Mail. Document filed by Rolling Stone, LLC, Marlow Stern, Wenner Media, LLC..(Cate, Matthew) (Entered: 06/25/2025) |
| 06/26/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 66 Notice of Appeal. (tp) (Entered: 06/26/2025) |
| 06/26/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 66 Notice of Appeal, filed by Caleb L. McGillvary were transmitted to the U.S. Court of Appeals. (tp) (Entered: 06/26/2025) |